IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
ASHLAND

UNITED STATES OF AMERICA

vs.                                        Criminal No. 0-26-CR-0017-DLB

HENRY J. RITSCHER

## MOTION FOR REARRAIGNMENT

Comes now the Defendant, Henry J. Ritscher, by and through the undersigned counsel, and hereby moves the court to schedule a hearing in order for him to change his Plea to guilty. In support of which, the undersigned counsel informs the court that he has spoken with the Defendant numerous times, and he is wanting to plead guilty with the aid of the plea agreement in place that's been fully executed.

WHEREFORE, the Defendant, Henry J. Ritscher, hereby moves the court to schedule a hearing to change his Plea herein.

Respectfully submitted this the 8th day of January, 2026.

                                  Very truly yours,

                                  JOY LAW OFFICE

                                __s/ Sebastian M. Joy_____
                                Hon. Sebastian M. Joy
                                Counsel for Defendant
                                Kentucky Bar # 92583
                                West Virginia Bar # 10945
                                E-mail: sjoy@joylawoffice.com
                                Admitted in Kentucky & West Virginia

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
ASHLAND

UNITED STATES OF AMERICA

vs.  Criminal No. 0-26-CR-0017-DLB

HENRY J. RITSCHER

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing **MOTION FOR REARRAIGNMENT** has been electronically filed with the Clerk of Court this date using the CM/ECF system and served upon opposing counsel as follows:

**VIA CM/ECF:** AUSA Justin Blankenship
Office of United States Attorney

**DATE:** January 8, 2026

Very truly yours,

JOY LAW OFFICE
2701 Louisa Street
P.O. Box 411
Catlettsburg, KY 41129
Telephone: (606) 739-4569
Facsimile: (606) 739-0338
Cell: (859) 488-1214

__s/ Sebastian M. Joy_____
Hon. Sebastian M. Joy
Counsel for Defendant
Kentucky Bar # 92583
West Virginia Bar # 10945